## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-114-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **JOEL DAVID LUND, GUNNAR RUTLEDGE JOHNSON, CHARIS LOU ADAIR FURLONG, and SHAYLENE JO SUCHY,** | |
| **Defendants.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 145). Having reviewed said motion, the Court finds:

1.    The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2.    A Preliminary Order of Forfeiture was entered on January 19, 2023. (Doc. 106).

3.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 108).

4.     It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 145) is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- $12,339.60 U.S. currency;
- Springfield Armory XCS-45 ACP SN: XS623830;
- Taurus, Model PT 92 AFS, 9mm Pistol, Serial TK#95196 AFSD;
- Black GH Armor Systems Body Armor;
- Shoulder gun holster
- Firearm magazines; and
- Miscellaneous ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this _26th_ day of May, 2023.

SUSAN P. WATTERS
United States District Court Judge